IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TYRE LAMOUNT MERRITT,<br><br>Plaintiff,<br><br>vs.<br><br>LANCASTER COUNTY CORRECTIONAL OFFICER, Unknown by Name; and LANCASTER COUNTY CORRECTIONAL OFFICER, Unknown by Name;<br><br>Defendants. | 8:22CV223<br><br>**MEMORANDUM AND ORDER** |

On January 12, 2023, the Clerk of the Court received correspondence from the Lancaster County Department of Corrections indicating Plaintiff is no longer incarcerated there.[1] *See* Filing No. 8. Plaintiff has an obligation to keep the Court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days). This case cannot be prosecuted in this Court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1. Plaintiff must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

2. The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **February 22, 2023**: check for address.

---

[1] However, a search of the Lancaster County Department of Corrections' online public records indicates Plaintiff is in custody there as of today's date. *See* https://app.lincoln.ne.gov/aspx/cnty/jailpop/default.aspx (last visited January 23, 2023).

Dated this 23rd day of January, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge